DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARNELL MASON** and **SYLVIA MASON,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,**
Appellee.

No. 4D18-1286

[January 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. 062015CA014133.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Adam J. Knight and Jacqueline Simms-Petredis of Burr & Forman LLP, Tampa, and Christian J. Gendreau of Storey Law Group, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***